IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMONT WADDY,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| RAYMOND LAWLER, et al.,<br>Respondents. | : | NO. 08-286 |

## ORDER

AND NOW, this 13 day of JAN, 2009, upon consideration of the petition for a writ of habeas corpus, Respondents' answer, the record of the state court proceedings, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

BERLE M. SCHILLER, J.